# United States District Court
## District of Kansas

**UNITED STATES OF AMERICA,**
    Plaintiff,

  vs.            **No.** 07-40124-01-JAR

**LENARD CHAUNCY DIXON,**
    Defendant.

# SUPERSEDING INDICTMENT

**The Grand Jury charges:**

At all times material herein:

1. DOLLAR GENERAL is a privately owned and operated business located at 2042 N.W. Topeka Boulevard, Topeka, Shawnee County, Kansas.

2. DOLLAR GENERAL purchased for resale goods from various vendors that were shipped into the state of Kansas.

3. Dollar General Distribution Center, 1900 Cardinal Drive,

1

Fulton, Missouri, supplied the inventory for DOLLAR GENERAL. Dollar General Distribution Center, 1900 Cardinal Drive, Fulton, Missouri, provided weekly deliveries to restock the DOLLAR GENERAL, 2042 N.W. Topeka Boulevard, Topeka, Shawnee County, Kansas. As items are purchased and scanned at the DOLLAR GENERAL, 2042 N.W. Topeka Boulevard, Topeka, Shawnee County, Kansas, a computer system logs those items and that information is relayed to the Dollar General Distribution Center, 1900 Cardinal Drive, Fulton, Missouri, who receives the information then provides restock to DOLLAR GENERAL, 2042 N.W. Topeka Boulevard, Topeka, Shawnee County, Kansas. Dollar General Distribution Center, 1900 Cardinal Drive, Fulton, Missouri, receives and purchases its inventory from vendors across the United States, and all of those items are then shipped in interstate commerce to the individual stores, including DOLLAR GENERAL, 2042 N.W. Topeka Boulevard, Topeka, Shawnee County, Kansas, as needed.

4. TOMMY MEIER LIQUOR AND WINES, L.L.C., was a privately owned and operated liquor store located at 2121 S.W.

Wanamaker, #103, Topeka, Shawnee County, Kansas.

5. TOMMY MEIER LIQUOR AND WINES, L.L.C., purchased for resale liquor and goods from various vendors that were shipped into the state of Kansas.

6. Glazers of Kansas, 14320 W. 101st Terrace, Lenexa, Johnson County, Kansas, supplied the liquor for TOMMY MEIER LIQUOR AND WINES, L.L.C.. Glazers of Kansas purchases its inventory of liquor from wholesalers across the United States. The aforementioned wholesalers of liquor obtain their liquor inventories from businesses outside the State of Kansas.

7. THE MARKET / WOOD OIL #40 is a privately owned and operated convenience store and gasoline station located at 545 S.E. Croco Road, Topeka, Shawnee County, Kansas.

8. THE MARKET / WOOD OIL #40 purchased for resale fuel/gasoline and goods from various vendors that were shipped into the state of Kansas.

9. Carter Energy Corporation, 6000 Metcalf Avenue, Overland

Park, Kansas, supplied the fuel/gasoline to THE MARKET / WOOD OIL #40 from its two distribution centers, one in Kansas City, Kansas, and one in Topeka, Kansas.

10. Carter Energy Corporation, 6000 Metcalf Avenue, Overland Park, Kansas, received fuel/gasoline to the Carter Energy Corporation, Topeka, Kansas, Distribution Center and the Carter Energy Corporation Kansas City, Kansas, Distribution Center by pipeline from ConocoPhillips Company, 600 North Dairy Ashford, Houston, Texas.

11. As fuel/gasoline was purchased from THE MARKET / WOOD OIL #40, the Carter Energy Corporation distribution centers were notified to resupply the onsite fuel/gasoline storage tanks at THE MARKET / WOOD OIL #40. Depending upon the price of the fuel/gasoline, THE MARKET / WOOD OIL #40 would purchase its fuel/gasoline from either the Carter Energy Corporation Topeka Distribution Center or the Carter Energy Corporation Kansas City, Kansas, Distribution Center. All of this fuel/gasoline came to THE MARKET / WOOD OIL #40 via ConocoPhillips Company, 600 North Dairy Ashford, Houston, Texas.

12. Harrison Company LLC Distribution Center, 4801 Viking Drive, Bossier City, Louisiana, provides weekly deliveries of grocery items to restock THE MARKET / WOOD OIL #40. This inventory is delivered to THE MARKET / WOOD OIL #40, 545 S.E. Croco Road, Topeka, Shawnee County, Kansas, from Bossier City, Louisiana.

13. GONZALEZ LIQUOR is a privately owned and operated liquor store located at 225 N.W. Gordon, Topeka, Shawnee County, Kansas.

14. GONZALEZ LIQUOR purchased for resale liquor and goods from various vendors that were shipped into the state of Kansas.

15. Glazers of Kansas, 14320 W. 101st Terrace, Lenexa, Johnson County, Kansas, supplied the liquor for GONZALEZ LIQUOR. Glazers of Kansas purchases its inventory of liquor from wholesalers across the United States. The aforementioned wholesalers of liquor obtain their liquor inventories from businesses outside the State of Kansas.

## **COUNT 1**

On or about the 5th day of August, 2007, in the District of Kansas, the defendant,

**LENARD CHAUNCY DIXON**,

did knowingly, intentionally and unlawfully take and obtain U.S. Currency from Mike Pangburn, who was then working as a manager at DOLLAR GENERAL, by means of threatened force, violence and fear of immediate injury to his person, in that **LENARD CHAUNCY DIXON** did then and there enter the DOLLAR GENERAL, display a handgun, and demanded that Mike Pangburn give him all the money in the business' safe, when the natural consequences of such act of robbery would be to delay, interrupt or adversely affect commerce and the movement of articles and commodities in commerce.

All of the above is in violation of Title 18, United States Code, Section 1951.

## COUNT 2

On or about the 5th day of August, 2007, in the District of Kansas, the defendant,

**LENARD CHAUNCY DIXON**,

did knowingly carry, use and brandish a firearm, that is, an unknown make

and caliber black semi-automatic pistol, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Hobbs Act armed robbery of DOLLAR GENERAL, a privately owned and operated business located at 2042 N.W. Topeka Boulevard, Topeka, Shawnee County, Kansas, in violation of Title 18, United States Code, Section 1951, as alleged in Count 1 herein; in violation of Title 18, United States Code, Section 924(c)(1)(A).

OR IN THE ALTERNATIVE

<b><u>COUNT 3</u></b>

On or about the 5th day of August, 2007, in the District of Kansas, the defendant,

<b>LENARD CHAUNCY DIXON</b>,

did knowingly possess a firearm, that is, an unknown make and caliber black semi-automatic pistol, in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, that is, Hobbs Act armed robbery of DOLLAR GENERAL, a privately owned and operated business located at 2042 N.W. Topeka Boulevard, Topeka, Shawnee

County, Kansas, in violation of Title 18, United States Code, Section 1951, as alleged in Count 1 herein; in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 4

On or about the 6th day of August, 2007, in the District of Kansas, the defendant,

**LENARD CHAUNCY DIXON,**

did knowingly, intentionally and unlawfully take and obtain U.S. Currency from Paul Holstein, who was then working as an employee at TOMMY MEIER LIQUOR AND WINES, L.L.C., by means of threatened force, violence and fear of immediate injury to his person, in that **LENARD CHAUNCY DIXON,** did then and there enter TOMMY MEIER LIQUOR AND WINES, L.L.C., display a handgun, and demanded that Paul Holstein give him and demanded money in the business' cash register, when the natural consequences of such act of robbery would be to delay, interrupt or adversely affect commerce and the movement of articles and commodities in commerce.

All of the above is in violation of Title 18, United States Code, Section 1951.

## COUNT 5

On or about the 6th day of August, 2007, in the District of Kansas, the defendant,

**LENARD CHAUNCY DIXON,**

did knowingly carry, use and brandish a firearm, that is, an unknown make and caliber black handgun, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Hobbs Act armed robbery of TOMMY MEIER LIQUOR AND WINES, L.L.C., located at 2121 S.W. Wanamaker, #103, Topeka, Shawnee County, Kansas, in violation of Title 18, United States Code, Section 1951, as alleged in Count 4 herein; in violation of Title 18, United States Code, Section 924(c)(1)(A).

OR IN THE ALTERNATIVE

## COUNT 6

On or about the 6th day of August, 2007, in the District of Kansas, the

defendant,

**LENARD CHAUNCY DIXON,**

did knowingly possess a firearm, that is, an unknown make and caliber black handgun, in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, that is, Hobbs Act armed robbery of TOMMY MEIER LIQUOR AND WINES, L.L.C., located at 2121 S.W. Wanamaker, #103, Topeka, Shawnee County, Kansas, in violation of Title 18, United States Code, Section 1951, as alleged in Count 4 herein; in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 7

On or about the 13th day of August, 2007, in the District of Kansas, the defendant,

**LENARD CHAUNCY DIXON,**

did knowingly, intentionally and unlawfully take and obtain U.S. Currency from Paul Holstein, who was then working as an employee at TOMMY MEIER LIQUOR AND WINES, L.L.C., by means of threatened force, violence and fear of immediate injury to his person, in that **LENARD**

**CHAUNCY DIXON,** did then and there enter TOMMY MEIER LIQUOR AND WINES, L.L.C., display a handgun, and demanded that Paul Holstein give him and demanded money in the business' cash register, when the natural consequences of such act of robbery would be to delay, interrupt or adversely affect commerce and the movement of articles and commodities in commerce.

All of the above is in violation of Title 18, United States Code, Section 1951.

## COUNT 8

On or about the 22nd day of August, 2007, in the District of Kansas, the defendant,

**LENARD CHAUNCY DIXON,**

did knowingly, intentionally and unlawfully take and obtain U.S. Currency from Suzanne Leonard, who was then working as an employee at WOOD OIL, by means of threatened force, violence and fear of immediate injury to her person, in that **LENARD CHAUNCY DIXON,** did then and there enter WOOD OIL, display a handgun, and demanded that Suzanne Leonard

give him and demanded money in the business' cash register and safe, when the natural consequences of such act of robbery would be to delay, interrupt or adversely affect commerce and the movement of articles and commodities in commerce.

All of the above is in violation of Title 18, United States Code, Section 1951.

## COUNT 9

On or about the 22nd day of August, 2007, in the District of Kansas, the defendant,

**LENARD CHAUNCY DIXON,**

did knowingly carry, use and brandish a firearm, that is, an unknown make and caliber black handgun, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Hobbs Act armed robbery of WOOD OIL located at 545 S.E. Croco Road, Topeka, Shawnee County, Kansas, in violation of Title 18, United States Code, Section 1951, as alleged in Count 8 herein; in violation of Title 18, United States Code, Section 924(c)(1)(A).

OR IN THE ALTERNATIVE

## COUNT 10

On or about the 22nd day of August, 2007, in the District of Kansas, the defendant,

**LENARD CHAUNCY DIXON,**

did knowingly possess a firearm, that is, an unknown make and caliber black handgun, in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, that is, Hobbs Act armed robbery of WOOD OIL located at 545 S.E. Croco Road, Topeka, Shawnee County, Kansas, in violation of Title 18, United States Code, Section 1951, as alleged in Count 8 herein; in violation of Title 18, United States Code, Section 924(c)(1)(A).

# COUNT 11

On or about the 24th day of August, 2007, in the District of Kansas, the defendant,

**LENARD CHAUNCY DIXON,**

did knowingly, intentionally and unlawfully attempt to take and obtain U.S. Currency from Ramiro Gonzalez, who was then working at GONZALEZ LIQUOR, by means of threatened force, violence and fear of immediate injury to his person, in that **LENARD CHAUNCY DIXON,** did then and there enter GONZALEZ LIQUOR, display a handgun, and demanded that Ramiro Gonzalez give him money in the business' cash register, when the natural consequences of such act of robbery would be to delay, interrupt or adversely affect commerce and the movement of articles and commodities in commerce.

All of the above is in violation of Title 18, United States Code, Section 1951.

## COUNT 12

On or about the 24th day of August, 2007, in the District of Kansas, the defendant,

**LENARD CHAUNCY DIXON,**

did knowingly carry, use and brandish a firearm, that is, a CZ, Model 27, 7.65 mm pistol, bearing serial number 311259, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Hobbs Act armed robbery of GONZALEZ LIQUOR located at 225 N.W. Gordon, Topeka, Shawnee County, Kansas, in violation of Title 18, United States Code, Section 1951, as alleged in Count 11 herein; in violation of Title 18, United States Code, Section 924(c)(1)(A).

OR IN THE ALTERNATIVE

## COUNT 13

On or about the 24th day of August, 2007, in the District of Kansas, the defendant,

**LENARD CHAUNCY DIXON,**

did knowingly possess a firearm, that is, a CZ, Model 27, 7.65 mm pistol,

bearing serial number 311259, in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, that is, Hobbs Act armed robbery of GONZALEZ LIQUOR located at 225 N.W. Gordon, Topeka, Shawnee County, Kansas, in violation of Title 18, United States Code, Section 1951, as alleged in Count 11 herein; in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 14

On or about the 24th day of August, 2007, in the District of Kansas, the defendant,

**LENARD CHAUNCY DIXON,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: on December 4, 1998, defendant was convicted of (1) conspiracy to commit carjacking, in violation of 18 U.S.C. §§ 371, 2 and 2119, (2) carjacking with intent to cause bodily harm, in violation of 18 U.S.C. §§ 2119 and 2, and (3) use of a firearm in relation to a crime of violence, in violation of 18 U.S.C. §§ 924(c)(1) and 2, all felony offenses, in the United States District for the District of Kansas, case number

5:98CR40034-02-RDR, did knowingly possess in and affecting commerce a firearm, to wit: a CZ, Model 27, 7.65 mm pistol, bearing serial number 311259, which had been shipped and transported in interstate and/or foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e)(1).

**A TRUE BILL.**

  July 15, 2009                                      S/Foreperson                              

       DATE                                  FOREMAN OF THE GRAND JURY


 S/Scott Rask #15643 for (Gregory G. Hough)  
       LANNY D. WELCH
       UNITED STATES ATTORNEY
       DISTRICT OF KANSAS
       301 North Main
       1200 Epic Center
       Wichita, Kansas 67202
       (316) 269-6481
       Lanny.Welch@usdoj.gov
       Kan. S. Ct. No. 13267

[It is requested that trial be held in Topeka, Kansas]